GORDEE, NOWICKI & AUGUSTINI LLP
KEVIN R. NOWICKI, SBN 128686
8105 Irvine Center Drive, Suite 870
Irvine, California 92618
Telephone: (949) 567-9923
Facsimile: (949) 567-9928

JS-6

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY (erroneously sued as AETNA US HEALTH OF CALIFORNIA, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of the University of California, Irvine Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>AETNA US HEALTH OF CALIFORNIA, INC.; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | CASE NO. SACV10-1043 DOC (RNBx)<br><br>**DEFENDANT AETNA LIFE INSURANCE COMPANY'S [~~PROPOSED~~] JUDGMENT**<br><br>**[Notice of Motion & Motion; Decls. of Lisa Adinolfi, Mary Anderson & Kevin R. Nowicki in Support Thereof; Compendium; and Request for Judicial Notice filed concurrently herewith; [Proposed] Statement of Uncontroverted Facts & Conclusions of Law; and [Proposed] Order lodged concurrently herewith]**<br><br>Hearing:<br>Date:   March 14, 2011<br>Time:   8:30 a.m.<br>Place:  Courtroom 9D, Santa Ana<br>Judge:  Hon. David O. Carter |

This action came for hearing before the Court, on March 14, 2011, the Honorable David O. Carter, District Judge Presiding, on Defendant Aetna Life Insurance Company's Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff The Regents of the University of California, on behalf of the University of California, Irvine Medical Center take nothing, that the action be dismissed on the merits and that Defendant Aetna Life Insurance Company recover its costs.

DATED: April 4, 2011

_/s/ David O. Carter_
The Honorable David O. Carter
United States District Court Judge

Respectfully submitted by,

DATED: February 14, 2011

GORDEE, NOWICKI & AUGUSTINI LLP
KEVIN R. NOWICKI

By : _____/s/ Kevin R. Nowicki_____

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY
(erroneously sued as AETNA US HEALTH OF CALIFORNIA, INC.)